COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Alton Anjie Simmons

Appellate case number:      01-14-00284-CR; 01-14-00285-CR; 01-14-00286-CR

Trial court case number:    12-CR-1392; 12-CR-1393; 12-CR-1394

Trial court:                10th District Court of Galveston County

On April 3, 2014, relator, Alton Anjie Simmons, filed a petition for a writ of mandamus and a motion for emergency stay, requesting that the "Court stay the trial court's order permitting release of Relator's medical information." Relator's motion for emergency stay is **denied**.

It is so ORDERED.

Judge's signature: /s/ <u>Justice Rebeca Huddle</u>
☒ Acting individually    ☐ Acting for the Court

Date: April 4, 2014